*In re* SANTIAGO MARTÍNEZ MIRANDA.

*Número:* TS-9400          *Resuelto:* 13 de agosto de 2004

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Santiago Martínez Miranda,* peticionario.

Sala de Verano Compuesta por el JUEZ PRESIDENTE SEÑOR HERNÁNDEZ DENTON y los JUECES ASOCIADOS SEÑOR REBOLLO LÓPEZ y SEÑOR CORRADA DEL RÍO.

## RESOLUCIÓN

Habiendo transcurrido el término de suspensión de Santiago Martínez Miranda del ejercicio de la abogacía, decretado mediante Opinión *Per Curiam* y Sentencia de 17 de septiembre de 2003, y en vista de que la Oficina de Inspección de Notarías nos ha informado que Santiago Martínez Miranda ha subsanado las deficiencias señaladas por esa oficina, *se ordena su reinstalación al ejercicio de la abogacía y de la notaría, efectiva a partir de la notificación de la presente resolución.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*